DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    FAX: 415.436.7234
    Email: Robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $1,002,303 AND SEVERAL RELATED FIREARMS<br><br>    Defendant. | CASE NO.<br><br>COMPLAINT FOR FORFEITURE |

**NATURE OF THE ACTION**

1. This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6), involving the seizure of approximately $1,002,303 in United States Currency and related firearms which were seized as money and property furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation Subchapter 1, Chapter 13 of Title 21, United States Code. Additionally, the money and related firearms were seized as money and property relating to a conspiracy to launder money in violation of Title 18, United States Code, Section 1956(h).

**JURISDICTION AND VENUE**

COMPLAINT FOR FORFEITURE

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C. § 881(a)(6).

3. Venue is proper because the defendant currency was seized in the Northern District of California. 28 U.S.C. §§ 1355(b) and 1395.

4. Intra-district venue is proper in the San Francisco Division within the Northern District of California.

**PARTIES**

5. Plaintiff is the United States of America.

6. The defendant is approximately $1,002,303 in United States currency ("defendant $1,002,303.") and several related firearms, more specifically described below, seized from 1008 Fox Meadow Way, Concord, CA on or about October 24, 2019.

**FACTS**

7. In October 2019, agents of the Drug Enforcement Administration ("DEA") and officers with the Concord Police Department initiated an investigation into a residence located at 1008 Fox Meadow Way, Concord, CA, and the suspected resident Petko ILIEV.

8. Agents received information from a Confidential Source[1] (CS-1) which indicated that ILIEV was a marijuana trafficker who maintained the residence located at 1008 Fox Meadow Way. Per CS-1, ILIEV uses the residence to store marijuana, marijuana proceeds, and items associated with marijuana trafficking. CS-1 further explained that he/she recently observed a large quantity of marijuana and items associated with marijuana sales at the residence. CS-1 was shown a photograph by law enforcement which depicted ILIEV in a manner that did not allow CS-1 to view any of ILIEV's personal information. CS-1 positively identified the person in the photo as the person he/she knows as ILIEV and the same person involved in marijuana trafficking.

9. Agents conducted a records inquiry into the California Law Enforcement Telecommunications System (CLETS) which indicated ILIEV did not have a criminal history. The

---

[1] CS-1 has cooperated with law enforcement on several cases which have resulted in the arrest of individuals, seizure of large quantities of narcotics, and narcotics proceeds. CS-1 has not been known to provide untruthful, misleading, or false information to law enforcement. CS-1 is currently providing information for monetary compensation.

COMPLAINT FOR FORFEITURE

records request did indicate that ILIEV had a listed address of 1008 Fox Meadow Way, Concord, CA. Agents conducted surveillance on the residence and observed a 2019 Ford F-150 Raptor registered to ILIEV parked in front of the residence. Agents also observed security cameras around the residence, which based on my training and experience, are common on locations used to store narcotics and narcotics proceeds. As a result of this information, agents secured a state search warrant which was signed on October 22, 2019 by the Honorable John C. Cope, Judge of the Superior Court of California, County of Contra Costa.

10. On October 24, 2019, agents and officers executed the search warrant at 1008 Fox Meadow Way. No occupants were inside the residence, however parked in front was the same 2019 Ford F-150 Raptor registered to ILIEV. Inside the upstairs office closet, agents located several packages of U.S. Currency concealed within a suitcase, shopping bag, and two backpacks. Task Force Officer (TFO) Martin Mahon, with his certified drug detection canine "Diesel", conducted a sniff of the backpacks, bag, and suitcase. "Diesel" exhibited a changed in behavior which indicated to TFO Mahon that the odor of narcotics was emanating from these items.

11. Inside the suitcase the currency was rubber banded together and vacuum sealed. Along with the currency, a pay/owe sheet was located which listed an amount of currency, date, and a first name, alias, or location. For Example; "100k, 10/5, Stoyan" and "50 k, 10/7, Dani", and "9/23, 190k, bag to LA". The second of the bags was a target shopping bag with rubber banded U.S. Currency, and the same style pay/owe sheet. The third bag was a black backpack, with rubber banded cash, and the same style pay/owe sheet. The fourth bag was a camouflage backpack with rubber banded cash.

12. Inside the upstairs master bedroom agents located loose and rubber banded cash in the desk drawer and inside of a handbag. Also located in the upstairs master bedroom closet was a Remington Shotgun and a Beretta .22 caliber rifle. Also located in the same bedroom was a Sig Sauer 9mm pistol located in a wall mounted holster. Also located in the upstairs master bedroom was approximately 370 grams of suspected marijuana. I know based on my training and experience that narcotics traffickers will often use firearms to protect narcotics and the proceeds of narcotics. The specific firearms seized are as follows: Remington shotgun with serial number RS35178N; Beretta .22 caliber rifle with serial number PB005927; and Sig Sauer 9mm pistol with serial number 47A175940.

COMPLAINT FOR FORFEITURE

13. In the garage of the residence, agents located a large safe. "Diesel" alerted to the odor of narcotics on the outside of the safe. Inside the safe, agents located a duffel bag, shoe box, and three shopping bags, all containing rubber banded cash. Other items of interest that were located in the safe were ammunition, handgun magazines, and a money counter.

14. Agents also located a pelican case on the outside of the residence which was buried in a flower bed on the side of the house. Inside the pelican case was one stack of rubber banded and vacuum sealed cash with a pay/owe sheet. While agents and officers were searching the residence, nobody returned to the residence. Based on the investigation to date, along with indicia located in the residence, ILIEV and Alyssa M. ALVAREZ appear to be the primary occupants. A search of a public records database confirmed that as of 2019, ILIEV and ALVAREZ were listed as occupants of 1008 Fox Meadow Way.

15. Following the cash seizure from 1008 Fox Meadow Way, CS-1 advised agents that he/she received information that another member of the marijuana trafficking organization was creating fraudulent receipts and documentation for ILIEV. The false documents for ILIEV were created to show that the monies which were seized by DEA were from the legal sale of marijuana in the state of California.

16. Agents also received information for CS-1 which indicated that a number of properties in Garberville, CA were being used as grow sites for marijuana. The marijuana was then sold on the black market to large scale narcotics traffickers in California and others from out of state. CS-1 advised that the marijuana was not being sold to legal marijuana dispensaries in California.

17. Following the cash seizure, agents received information from the State of California Employment Development Department for ILIEV, and his live in girlfriend, ALVAREZ. The records for both parties covered the first quarter of 2016 through the third quarter of 2019. For 2016, ALVAREZ had a total reported income of approximately $25,995.94. For 2017, ALVAREZ had a total reported income of $38,927. For 2018, ALVAREZ had a total reported income of $262.84. For three quarters of 2019, ALVAREZ had a total reported income of $44.18.

18. ILIEV's total reported income for 2016 was $14,000 from V and I Construction LLC

COMPLAINT FOR FORFEITURE

1  located at 6045 Wilder Ridge Road, Garberville, CA[2]. For 2017, ILIEV's total reported income was
2  $12,500 from V and I Construction. For 2018, ILIEV's total reported income was for $7,000 from V and
3  I Construction. For the first three quarters of 2019, ILIEV's total reported income was $9,000 from V
4  and I Construction. It should be noted that all reported earnings from V and I Construction for ILIEV
5  were reported in round numbers and in mostly three thousand dollar increments. Generally speaking,
6  most pay checks and reported income are disclosed as dollars and change, for example "$3,040.52."
7       19.    CS-1 has also reported that V and I Construction is a front company created by ILIEV's
8  father to hide the source of the marijuana proceeds. A website for V and I Construction could not be
9  located. Additionally, agents located a third party website which reported a phone number for V and I
10 construction which went straight to voicemail after multiple attempts. V and I Construction is reportedly
11 a single family housing construction business controlled by Magdelena ANGUELOVA and Vladimir
12 PAVLOV.

**VIOLATION**

14 The United States incorporates by reference the allegations in paragraphs one through 19 as
15 though fully set forth.

16 Section 881(a)(6) of Title 21 of the United States Code, provides for the forfeiture of all money
17 furnished or intended to be furnished by any person in exchange for a controlled substance or listed
18 chemical in violation of Subchapter I, Chapter 13 of Title 21 United States Code, all proceeds traceable
19 to such an exchange and all money used or intended to be used to facilitate any violation of Subchapter I,
20 Chapter 13 of Title 21 United States Code.

21 Section 981(a)(1)(A) of Title 18 of the United States Code, provide for the forfeiture of any
22 property involved in a transaction or attempted transaction in violation of section 1956, 1957, or 1960 of
23 Title 18, or any property traceable to such property.

24 In light of the foregoing, defendant $1,002,303, and related firearms as specified above, are
25 subject to judicial forfeiture.

---

[2] Garberville, CA is located within Humboldt County, California, which along with Mendocino County, and Trinity County, comprise the Emerald Triangle, named as such because it is the largest cannabis-producing region in the United States.

COMPLAINT FOR FORFEITURE

\* \* \* \* \*

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of defendant $1,002,303; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that the Court enter judgment forfeiting defendant $1,002,303; and that the United States be awarded such other relief as may be proper and just.

DATED: April 16, 2020                                    Respectfully submitted,

                                                                  DAVID L. ANDERSON
                                                                   United States Attorney

                                                                  _____/s_____
                                                                  ROBERT DAVID REES
                                                                  Assistant United States Attorney

COMPLAINT FOR FORFEITURE

**VERIFICATION**

I, Jay Anderson, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration. I am the case agent assigned to this case. As such, I am familiar with the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint and believe the allegations contained in it to be true.

*   *   *   *   *

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2020 in San Francisco, California.

_____/s_____
JAY ANDERSON
Special Agent
Drug Enforcement Administration

COMPLAINT FOR FORFEITURE

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Approximately $1,002,303 and Several Related Firearms

**(b) County of Residence of First Listed Plaintiff**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
AUSA Robert D. Rees
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102, 415-436-7210

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question *(U.S. Government Not a Party)*
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | | 710 Fair Labor Standards Act | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 460 Deportation |
| | 350 Motor Vehicle | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 196 Franchise | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 864 SSID Title XVI | 891 Agricultural Acts |
| | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 893 Environmental Matters |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation–Transfer
[ ] 8 Multidistrict Litigation–Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21, United States Code, Section 881(a)(6)

Brief description of cause:
Drug Related Forfeiture

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [X] No

## VIII. RELATED CASE(S), IF ANY *(See instructions)*:

JUDGE

DOCKET NUMBER

## IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)
*(Place an "X" in One Box Only)*

[X] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE    [ ] EUREKA-MCKINLEYVILLE

**DATE** 04/16/2020    **SIGNATURE OF ATTORNEY OF RECORD**    /s/ Robert D. Rees